OPINION — AG — QUESTION(1): WHETHER A CITY GOVERNMENT CAN TAKE OVER A SCHOOL OWNED LAGOON AND OPERATE IT WITHOUT PERMISSION OF THE GOVERNING BOARD OF THE SCHOOL DISTRICT. THIS LAGOON IS TO BE CONSTRUCTED ON SCHOOL OWNED PROPERTY? — NEGATIVE, QUESTION(2): WHETHER A CITY GOVERNMENT CAN CONDEMN SCHOOL OWNED PROPERTY FOR SEWER OR OTHER PURPOSE? — NEGATIVE CITE: 27 O.S. 1961 5 [27-5], 11 O.S. 1961 282 [11-282], 11 O.S. 1961 283 [11-283] (FINIS STEWART)